[Nos. 68713-1-I; 68714-0-I;   Division One.   April 22, 2013.]
68715-8-I; 68716-6-I.

*In the Matter of the Welfare of A.N.B. ET AL.*

CARLOS BENITEZ, JR., *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeals from a judgment of the Superior Court for Skagit County, No. 11-7-00833-0, G. Brian Paxton, J. Pro Tem., entered April 18, 2012. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Becker and Appelwick, JJ.

[Nos. 68794-8-I; 68795-6-I.   Division One.   April 22, 2013.]

*In the Matter of the Dependency of N.J. ET AL.*

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. DEVANTE JOHNSON, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 11-7-02410-3, James A. Doerty, J., entered May 3, 2012. *Affirmed* by unpublished opinion per Becker, J., concurred in by Schindler and Lau, JJ.

[No. 68931-2-I.   Division One.   April 22, 2013.]

*In the Matter of the Dependency of A.B.-W.*

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. ARTHUR S. BARBARINO, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 12-7-00033-1, Alfred L. Heydrich, J. Pro Tem., entered May 29, 2012. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Leach, C.J., and Grosse, J.